1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2723

5  Attorney for Plaintiff

**FILED**

OCT 17 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:06-SW-0290-KJM |
|---|---|---|
|  | ) | 2:06-SW-0291-KJM |
| Plaintiff, | ) | 2:06-SW-0292-KJM |
|  | ) | 2:06-SW-0293-KJM |
| v. | ) | 2:06-SW-0294-KJM |
|  | ) | 2:06-SW-0295-KJM |
| IN RE MATTER OF SEIZURE | ) | 2:06-SW-0296-KJM |
| WARRANTS FOR CERTAIN FUNDS | ) | 2:06-SW-0297-KJM |
|  | ) |  |
| _____ | ) | [PROPOSED] UNSEALING ORDER |

On October 13, 2006, the Court entered a sealing order on the affidavit and seizure warrants numbered: 2:06-SW-0290-KJM through 2:06-SW-0297-KJM. The United States now requests that the affidavit and seizure warrants listed above be unsealed.

IT IS SO ORDERED.

DATED: 10/17/06

_____
KIMBERLY J. MUELLER
UNITED STATES MAGISTRATE JUDGE